BRENDA GAIL BRADLEY, INDIVIDUALLY AND AS ADMINISTRATRIX FOR THE ESTATE OF HARVEY LEE BRADLEY, SR.; AND SONYA ANNETTE BRADLEY v. HIDDEN VALLEY TRANSPORTATION, INC.

No. 29A02

(Filed 10 May 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 148 N.C. App. 163, 557 S.E.2d 610 (2001), affirming an order for summary judgment entered 13 November 2000 by Johnston, J., in Superior Court, Burke County. Heard in the Supreme Court 17 April 2002.

*Simpson Kuehnert Vinay & Bellas, P.A., by Daniel A. Kuehnert, for plaintiff-appellants.*

*Roberts & Stevens, P.A., by Kenneth R. Hunt and Frank P. Graham, for defendant-appellee.*

PER CURIAM.

AFFIRMED.